ACCEPTED
12-14-00298-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/4/2015 1:55:52 PM
CATHY LUSK
CLERK

## CASE NO. 12-14-00298-CR

| | | |
|---|---|---|
| **ROBERT EUGENE PRITCHETT** | § | **COURT OF APPEALS** |
| **VS.** | § | **STATE OF TEXAS** |
| **STATE OF TEXAS** | § | **TWELFTH JUDICIAL DISTRICT** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/4/2015 1:55:52 PM
CATHY LUSK
Clerk

### MOTION FOR LEAVE TO FILE APPELLANT'S REPLY BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Robert Eugene Pritchett, Appellant, in the above styled and numbered cause, by and through his attorney of record, Donovan Paul Dudinsky, and files this Motion For Leave to File Appellant's Reply Brief pursuant to Rule 38.3 of the Texas Rules of Appellate Procedure.

Appellant respectfully requests accorded time for response period of time from the filing of the order by the esteemed Court.

Appellant prays that relief requested be granted.

/s/donovan paul dudinsky

_____

DONOVAN PAUL DUDINSKY
701 South Liberty Street
San Augustine, Texas 75972
Tel.  936-275-9871
Fax. 936-275-9655
TSBN: 24038869
Attorney for Appellant
Robert Eugene Pritchett

### CERTIFICATE OF SERVICE

This is to certify that on the 5th day of February, 2015 a true and correct copy of the aforementioned Motion For Leave to File Appellant's  Reply Brief was delivered by facsimile service on the District Attorney, J. Kevin Dutton, San Augustine County, Texas.

/s/ donovan paul dudinsky
DONOVAN PAUL DUDINSKY

**CASE NO. 12-14-00298-CR**

| ROBERT EUGENE PRITCHETT | § | COURT OF APPEALS |
| VS. | § | STATE OF TEXAS |
| STATE OF TEXAS | § | TWELFTH JUDICIAL DISTRICT |

## ORDER FOR LEAVE TO FILE APPELLANT'S  REPLY BRIEF

CAME ON TO BE CONSIDERED Appellant's Motion for Leave To File Appellant's Reply Brief.

The Twelfth Court of Appeal hereby Grants _____counsel's Motion For Leave To File Appellant's Reply Brief.

THEREFORE SO ORDERED.  Appellant's Reply Brief is due on the _____ day of _____, 2015.

Signed on this _____ day of February, 2015.

_____
PRESIDING JUDGE
TWELFTH COURT OF APPEALS